1 Todd C. Atkins (SBN 208879)
*tatkins@atkinsdavidson.com*
2 ATKINS & DAVIDSON, APC
750 East Green Street, Suite 204
3 Pasadena, CA 91101
(619) 665-3476
4

5 Matthew M. Wawrzyn (*pro hac vice* pending)
matt@wawrzynlaw.com
6 Stephen C. Jarvis (*pro hac vice* pending)
stephen@wawrzynlaw.com
7 WAWRZYN & JARVIS LLC
233 S. Wacker Drive, 84th Floor
8 Chicago, IL 60606
(312) 283-8010
9
*Counsel for Plaintiff*
10 *POWERbahn, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| POWERBAHN, LLC, | Case No. |
|---|---|
| Plaintiff, | **Complaint for Patent Infringement** |
| v. | |
| ZWIFT, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

POWERbahn, LLC brings this patent-infringement action against Zwift, Inc.

**Parties**

1. POWERbahn is a Florida limited liability company with its principal place of business located in Reno, Nevada.

2. Zwift is a Delaware corporation with its principal place of business located in Long Beach, California.

**Jurisdiction and Venue**

3. This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq*.

4. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court may exercise personal jurisdiction over Zwift. Zwift's principal place of business is located in this District. This patent-infringement case arises directly from Zwift's continuous and systematic business in California and in this District. In short, this Court's exercise of jurisdiction over Zwift would be consistent with the California long-arm statute and traditional notions of fair play and substantial justice.

6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1)-(2) and 1400(b).

**Count I – Willful Infringement of U.S. Patent No. 7,608,015**

7. POWERbahn incorporates by reference Paragraphs 1 through 6 as if set forth herein.

8. POWERbahn holds an exclusive license with the right to sue under U.S. Patent No. 7,608,015 (the "'015 patent") (attached hereto as Exhibit A). Zwift has infringed and is infringing the '015 patent by having made, used, and sold Zwift's virtual cycle training software and applications, and thereby practiced and continues to practice the methods claimed in the '015 patent.

9. For example, and without limiting the allegations of this Complaint and for illustration purposes only, Zwift performs the steps claimed in Claim 10 of the '015 patent as follows:

    a. Claim 10 is a "method of controlling stationary exercise apparatus of the type having at least one movable component providing a simulation of a corresponding physical activity involving human motion, wherein the exercise

apparatus is capable of controlling the resistance of the movable component[.]" ('015, 60:14-19.) Zwift controls "smart trainers," which are able to change resistance to simulate riding a bicycle in the real world: "Smart trainers . . . automatically vary resistance to match changing terrain and conditions. Some even vibrate to simulate 'road feel'. This real time feedback loop provides the most immersive Zwift experience." http://zwift.com/get-started. As of January 1, 2017, Zwift controls at least 35 different types of smart trainers. *See* https://support.zwift.com/hc/en-us/articles/203152565--Info-Which-trainers-does-Zwift-support-What-do-I-need-to-ride-.

b. Claim 10 involves "determining an equation of motion for a physical activity involving human motion that is to be simulated by the exercise apparatus [and] measuring at least one of a velocity of the movable component of the exercise apparatus during use thereof, and a force applied to a component of the exercise apparatus during use thereof[.]" ('015, 60:20-26.) "Zwift translates your real world effort into speed in the digital one. Your power, measured by the watts you produce, propels you through the digital landscape." http://zwift.com/get-started.

c. Claim 10 requires "providing a controller; [and] configuring the controller to control the resistance to movement of the at least one movable component based, at least in part, on the measured velocity or force and the equation of motion for the physical activity being simulated by the apparatus." ('015, 60:27-32.) Zwift provides a controller that controls the resistance of smart trainers to replicate biking in the real world. "Smart trainers broadcast power (watts) to Zwift and automatically vary resistance to match changing terrain and conditions." http://zwift.com/get-started. http://zwift.com/get-started. "When you are going up or down slopes in Zwift, certain trainers,

   which is the thing the bike mounts to, have a smart feature where they can actually change resistance. So we support every smart trainer out there to control the feeling. So when you are going up a steep mountain, you are going to feel it. When you are going down a descent, if you do want to pedal it's going to be very easy." https://techcrunch.com/2016/10/21/zwift-merges-indoor-fitness-with-massive-multi-player-online-gaming/ (Interview with Jon Mayfield of Zwift).

10. In September of 2014, at the Interbike International Bicycle Expo in Las Vegas, Nevada, Scott Radow of POWERbahn informed Eric Min and Scott Barger of Zwift of POWERbahn's patents. On October 15, 2014, at a meeting at Zwift's headquarters in Long Beach, California, Radow met with Eric Min, Scott Barger, and John Mayfield of Zwift, and again informed Zwift of POWERbahn's patents. On November 12, 2016, Radow emailed Eric Min, expressing POWERbahn's willingness to enter into negotiations for a license to cover Zwift's infringing technology. Zwift never responded.

11. By making, using, and selling Zwift's virtual cycle training software and apps-–without a license despite knowledge of need for a license—Zwift has acted with intent to infringe the '015 patent.

**Count II – Contributory Infringement of U.S. Patent No. 7,066,865**

12. POWERbahn incorporates by reference Paragraphs 1 through 11 as if set forth herein.

13. POWERbahn holds an exclusive license with the right to sue under U.S. Patent No. 7,066,865 (the "'865 patent") (attached hereto as Exhibit B).

14. Zwift's virtual cycle training software and applications constitute material components of the '865 invention, and when Zwift's customers use Zwift's virtual cycle training software and apps with a smart trainer, the customers directly infringe the '865 patent.

15. Zwift makes the virtual cycle training software and apps for use with smart trainers, and Zwift's virtual cycle training software and apps are not suitable for substantial noninfringing use.

16. For example, and without limiting the allegations of this Complaint and for illustration purposes only, Zwift contributes to infringement of claim 16 of the '865 patent as follows:

    a. Claim 16 is an "apparatus for simulating forces and movement of a human subject during a physical activity, comprising: a base[.]" ('865, 61:25-27.) Zwift makes, uses, and sells software and apps that are configured to control "smart trainers." As of January 1, 2017, Zwift's software and apps were configured to control at least 35 different types of smart trainers. *See* https://support.zwift.com/hc/en-us/articles/203152565—Info-Which-trainers-does-Zwift-support-What-do-I-need-to-ride-. All smart trainers comprise a base.

    b. Claim 16 of the '865 patent includes "a movable member mounted to the base, the movable member defining a velocity and receiving an input force applied to the movable member by a human subject[.]" ('865, 61:28-31.) Smart trainers have at least one movable member allowing a user to attach a bicycle to the trainer and pedal.

    c. Claim 16 of the '865 patent provides for "a force-generating device operably coupled to the movable member and applying a resistance force to the movable member[.]" ('865, 61:32-34.) Smart trainers are able to change resistance to simulate riding a bicycle in the real world: "Smart trainers . . . automatically vary resistance to match changing terrain and conditions. Some even vibrate to simulate 'road feel'. This real time feedback loop provides the most immersive Zwift experience." http://zwift.com/get-started.

   d. Claim 16 also includes, "a sensor configured to provide a signal corresponding to at least one of the velocity of the movable member and an input force applied to the movable member by a human subject[.]" ('865, 61:35-38.) "Smart trainers broadcast power (watts) to Zwift[.]" http://zwift.com/get-started.

   e. Finally, the apparatus of Claim 16 includes "a controller configured to control the resistance force applied to the movable member by the force-generating device based, at least in part, on a signal provided by the sensor and a haptic equation incorporating an equation of motion of a human subject performing the physical activity being simulated." ('865, 62:1-6.) Zwift provides a controller which controls the resistance of smart trainers to replicate biking in the real world. "Smart trainers broadcast power (watts) to Zwift and automatically vary resistance to match changing terrain and conditions." http://zwift.com/get-started. http://zwift.com/get-started.

   f. By making, using, and selling Virtual Training—without a license despite knowledge of need for a license—Zwift has acted with intent to infringe the '015 patent.

17. Zwift has actual knowledge of the '865 patent, Zwift knows that its virtual cycle training software and apps are made to be used by its customers in an infringing manner, and Zwift intends that its customers infringe the '865 patent.

**Count III – Contributory Infringement of U.S. Patent No. 7,862,476**

18. POWERbahn incorporates by reference Paragraphs 1 through 17 as if set forth herein.

19. POWERbahn holds an exclusive license with the right to sue under U.S. Patent No. 7,862,476 (the "'476 patent") (attached hereto as Exhibit C).

20. Zwift's virtual cycle training software and apps are a material part of the '476

1  invention, and when Zwift's customers use Zwift's virtual cycle training software and apps
2  with a smart trainer, the customers directly infringe the '476 patent.

3      21.    Zwift makes the virtual cycle training software and apps for use with smart
4  trainers, and Zwift's virtual cycle training software and apps is not suitable for substantial
5  noninfringing use.

6      22.    For example, and without limiting the allegations of this Complaint and for
7  illustration purposes only, Zwift contributes to infringement of claim 28 of the '476 patent as
8  follows:

    a.    Claim 28 is an "exercise device for simulating a human physical activity of the type involving an application of a human input force to an object resulting in acceleration of the object in a manner that is capable of being described by an equation of motion of the type that describes the acceleration of a mass under an influence of a force generated by a human in performing the activity, the exercise device comprising: a structural support[.]" ('476, 26:27-34.) Zift controls "smart trainers," and as of January 1, 2017, Zwift controls at least 35 different types of smart trainers. *See* https://support.zwift.com/hc/en-us/articles/203152565—Info-Which-trainers-does-Zwift-support-What-do-I-need-to-ride-. All smart trainers comprise a base.

    b.    Claim 28 of the '476 patent includes "a user input member movably connected to the structural support for movement relative to the structural support to define a measured variable upon application of an input force to the input member by a user, and wherein the user input member defines a variable resistance force tending to resist movement due to input force applied by a user; [.]" ('476, 26:35-41.) Smart trainers have a user input member that is moveable when the user pedals a bicycle connected to the smart trainer. The

1  moveable input member defines power and is able to resist the movement
2  applied by the user: "Smart trainers broadcast power (watts) to Zwift and
3  automatically vary resistance to match changing terrain and conditions."
4  http://zwift.com/get-started.

   c.  Claim 28 includes:

> a control system configured to utilize first and second values of the measured variable that are both measured while a user is applying an input force to the input member, and wherein the first value is measured before the second value, and wherein the control system is configured to determine a difference between the first value of the measured variable, and a first value of a virtual variable as a control input to control the resistance force on the user input member, wherein the control system is configured to determine the virtual variable, at least in part, utilizing an equation of motion of the type that describes the acceleration of a mass under an influence of a force input by a human for the human physical activity being simulated, and wherein the control system is configured to utilize the first value of the measured variable as an input variable in the equation of motion such that the resistance force varies in a manner that simulates changes in force due to changes in momentum according to the equation of motion.

('476, 26:42-60.) Zwift uses multiple and rapid measurements of power to determine a virtual velocity that the user is traveling within Zwift's virtual cycle training software and apps: "Zwift translates your real world effort into speed in the digital one. Your power, measured by the watts you produce, propels you through the digital landscape." http://zwift.com/get-started. Zwift repeatedly uses the measurements of power, compared to the virtual velocity, increase or decrease the resistance force: "Smart trainers . . . automatically vary resistance to match changing terrain and conditions. Some even vibrate to simulate 'road feel'. This real time feedback loop provides the most immersive Zwift experience." http://zwift.com/get-started. "When you are going up or down slopes in Zwift, certain trainers, which is the thing the bike

mounts to, have a smart feature where they can actually change resistance. So we support every smart trainer out there to control the feeling. So when you are going up a steep mountain, you are going to feel it. When you are going down a descent, if you do want to pedal it's going to be very easy." https://techcrunch.com/2016/10/21/zwift-merges-indoor-fitness-with-massive-multi-player-online-gaming/ (Interview with Jon Mayfield of Zwift).

23. Zwift has actual knowledge of the '476 patent, Zwift knows that its virtual cycle training software and apps are made to be used by its customers in an infringing manner, and Zwift intends that its customers infringe the '476 patent.

**Count IV – Induced Infringement of U.S. Patent Nos. 7,066,865 and 7,862,476**

24. POWERbahn incorporates by reference Paragraphs 1 through 23 as if set forth herein.

25. Zwift's virtual cycle training software and applications are configured to control smart trainers. When customers use Zwift's virtual cycle training software and applications, these customers directly infringe the '865 patent and the '476 patent.

26. Zwift makes the virtual cycle training software and apps for use with smart trainers, and thereby induces infringement of, for example, claim 16 of the '865 patent as follows:

a. Claim 16 is an "apparatus for simulating forces and movement of a human subject during a physical activity, comprising: a base[.]" ('865, 61:25-27.) Zwift makes, uses, and sells software and apps that are configured to control "smart trainers." As of January 1, 2017, Zwift's software and apps were configured to control at least 35 different types of smart trainers. See https://support.zwift.com/hc/en-us/articles/203152565—Info-Which-trainers-does-Zwift-support-What-do-I-need-to-ride-. All smart trainers comprise a base.

COMPLAINT FOR PATENT INFRINGEMENT
-9-

      b.      Claim 16 of the '865 patent includes "a movable member mounted to the base, the movable member defining a velocity and receiving an input force applied to the movable member by a human subject[.]" ('865, 61:28-31.) Smart trainers have at least one movable member allowing a user to attach a bicycle to the trainer and pedal.

      c.      Claim 16 of the '865 patent provides for "a force-generating device operably coupled to the movable member and applying a resistance force to the movable member[.]" ('865, 61:32-34.) Smart trainers are able to change resistance to simulate riding a bicycle in the real world: "Smart trainers . . . automatically vary resistance to match changing terrain and conditions. Some even vibrate to simulate 'road feel'. This real time feedback loop provides the most immersive Zwift experience." http://zwift.com/get-started.

      d.      Claim 16 also includes, "a sensor configured to provide a signal corresponding to at least one of the velocity of the movable member and an input force applied to the movable member by a human subject[.]" ('865, 61:35-38.) "Smart trainers broadcast power (watts) to Zwift[.]" http://zwift.com/get-started.

      e.      Finally, the apparatus of Claim 16 includes "a controller configured to control the resistance force applied to the movable member by the force-generating device based, at least in part, on a signal provided by the sensor and a haptic equation incorporating an equation of motion of a human subject performing the physical activity being simulated." ('865, 62:1-6.) Zwift provides a controller that controls the resistance of smart trainers to replicate biking in the real world. "Smart trainers broadcast power (watts) to Zwift and automatically vary resistance to match changing terrain and conditions." http://zwift.com/get-started. http://zwift.com/get-started.

      f.      By making, using, and selling Virtual Training—without a license despite knowledge of need for a license—Zwift has acted with intent to induce infringement of the '865 patent.

27. Zwift has actual knowledge of the '865 patent, Zwift knows that its virtual cycle training software and apps are made to be used by its customers in an infringing manner, and Zwift intends that its customers infringe the '865 patent

**Prayer for Relief**

Wherefore, POWERbahn prays for the following relief:

(a) Judgment that Zwift has infringed the '015, '865, and '476, patents;

(b) Judgment that Zwift's infringement is willful;

(c) Damages in an amount to be determined at trial, but in no case less than a reasonable royalty;

(d) Treble damages;

(e) A permanent injunction barring Zwift from making, using, or selling the infringing virtual cycle training software and apps; and

(f) Such other relief as the Court may deem just and proper.

**Demand for Jury Trial**

POWERbahn demands a trial by jury on all matters and issues triable by jury.

Date: February 21, 2017

Respectfully Submitted,

*/s/ Todd C. Atkins*
Todd C. Atkins (SBN 208879)
*tatkins@atkinsdavidson.com*
ATKINS & DAVIDSON, APC
750 East Green Street, Suite 204
Pasadena, CA 91101

Matthew M. Wawrzyn (*pro hac vice* pending)
*matt@wawrzynlaw.com*
Stephen C. Jarvis (*pro hac vice* pending)
*stephen@wawrzynlaw.com*
WAWRZYN & JARVIS LLC
233 S. Wacker Drive, 84th Floor
Chicago, IL 60606

*Counsel for POWERbahn, LLC*