# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-1393 MLH (MRWx) | Date | July 6, 2018 |
| Title | Powerbahn v. Zwift | | |

**Present: The Honorable**  Michael R. Wilner

| Veronica Piper | CS 7/6/2018 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Nicholas Boebel | Jonathan Pearce |

**Proceedings:**   ORDER RE: SETTLEMENT CONFERENCE

The Court conducted a settlement conference with the parties. The parties reached an agreement on settlement.

 

 

|  | : | 20 |
|---|---|---|
|  | Initials of Preparer | vp |