JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERBAHN, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZWIFT, INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 2:17-cv-01393-MLH (MRWx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 119.] |

On October 17, 2018, the parties filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees. (Doc. No. 119.) The Court, for good cause shown, grants the joint motion to dismiss. All claims asserted by Plaintiff POWERbahn, LLC against Defendant Zwift, Inc. are dismissed with prejudice. All counterclaims asserted by Defendant Zwift against Plaintiff POWERbahn are dismissed with prejudice. The Court has vacated the June 13, 2018 claim construction order (Doc. No. 90). Each party shall bear its own costs and attorneys' fees with respect to the dismissed claims and counterclaims.

The Court notes that in light of the dismissal of this action with prejudice, the Court

1  vacates all dates and deadlines in this case, (Doc. Nos. 116, 118), including the November
2  5, 2018 telephonic status conference.  The Clerk is directed to close the case.
3      **IT IS SO ORDERED.**
4  DATED:  October 17, 2018

                                             _____
                                             MARILYN L. HUFF, District Judge
                                             UNITED STATES DISTRICT COURT